IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID ARENAS GARCIA

v.   : CIVIL ACTION

VINCENT GUADINI   : NO. 08-3921

FILED
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 10th day of February, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the status of the criminal charges against the petitioner in the Court of Common Pleas of Lancaster County at Docket No. CP-36-CR-0004061-2007 (Document No. 8), the Report and Recommendation filed by United States Magistrate Judge Arnold C. Rapoport, and the lack of any objections to the report, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Rapoport is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**;[1] and

3. There is no probable cause to issue a certificate of appealability.

xc: D. Garcia
ACR

TIMOTHY J. SAVAGE, J.

---

[1] Petitioner filed his petition for a writ of habeas corpus prior to the disposition of his pending criminal charges. Because all his claims are unexhausted, the petition does not qualify as a "first" petition under AEDPA. *See Benchoff v. Colleran*, 404 F.3d 812, 819-820 (3d Cir. 2005). Therefore, we shall dismiss it without prejudice instead of staying it pursuant to *Rhines v. Weber*, 125 S. Ct. 1528 (2005); *see also Crews v. Horn*, 360 F.3d 146 (3d Cir. 2004).